IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| NYA MITCHELL § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-00484 |
| § | JUDGE MICHAEL J. TRUNCALE |
| W SAFE SPEED INC AND JING WU § | |
| § | |
| *Defendants.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Stipulation of Dismissal with Prejudice. [Dkt. 8]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 13th day of April, 2023.**

Michael J. Truncale
United States District Judge